# IN THE SUPREME COURT OF THE STATE OF NEVADA

RICK SHAWN,
                          Appellant,
                    vs.
THE STATE OF NEVADA,
                          Respondent.

No. 84830

FILED

JUN 29 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
      DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This appeal was initiated by the filing of a pro se notice of appeal. Eighth Judicial District Court, Clark County; James M. Bixler, Judge.

On June 2, 2022, appellant filed a pro se notice of appeal. The notice of appeal fails to identify any appealable order. *See* NRAP 3(c)(1)(B). To the extent that appellant's appeal is in regard to the decision and order denying a motion for transcripts entered on May 19, 2022, no statute or court rule provides for an appeal from such an order. *Castillo v. State*, 106 Nev. 349, 792 P.2d 1133 (1990). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, C.J.
Parraguirre

_____, J.
Hardesty

_____, J.
Stiglich

22-20501

cc:    Chief Judge, The Eighth Judicial District Court
Hon. James M. Bixler, Senior Judge
Rick Shawn
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk